UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:18-cr-00398-LSC-TMP-1 |
| | ) | |
| | ) | |
| | ) | |
| QUENTIN LAMAR MCELROY, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 12.) The magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 26.) No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to suppress (doc. 20) is hereby DENIED.

**DONE** AND **ORDERED** ON FEBRUARY 15, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704
